# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Dennis F. Sanders  *Petitioner* <br> v. <br> Warden Williams  *Respondent* | ) <br> ) <br> ) Civil Action No.  4:18-cv-2877-JMC <br> ) <br> ) |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the petitioner *(name)* _____ recover from the respondent *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

☐ the petitioner recover nothing, the action be dismissed on the merits, and the respondent *(name)* _____ recover costs from the petitioner *(name)* _____ .

■ other: This petition is dismissed with prejudice and a certificate of appealability will not be issued.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable J. Michelle Childs, United States District Judge who adopted the Report and Recommendation of the Honorable Thomas E. Rogers, III, United States Magistrate Judge.

Date:   October 17 , 2019                                          *CLERK OF COURT*

                                                                                    s/Debbie Stokes
                                                                      *Signature of Clerk or Deputy Clerk*